NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of D.L.T. and J.M.H., minor children. )<br><br>_____ )<br><br> )<br>J.T., )<br> )<br>      Appellant, )<br> )<br>v. )<br> )<br>DEPARTMENT OF CHILDREN AND )<br>FAMILIES and GUARDIAN AD LITEM )<br>PROGRAM, )<br> )<br>      Appellees. )<br>_____ ) | Case No. 2D19-688 |

Opinion filed July 3, 2019.

Appeal from the Circuit Court for Hardee
County; Marcus J. Ezelle, Judge.

Amanda Peterson of Law Offices of
Peterson, P.A., Mulberry, for Appellant.

Meredith K. Hall, Bradenton, for Appellee
Department of Children and Families.

Thomasina F. Moore and Joanna Summers
Brunell, Tallahassee; and Kristen K.
Erickson, West Palm Beach, for Appellee
Guardian ad Litem Program.

PER CURIAM.

      Affirmed.

KHOUZAM, C.J., and VILLANTI and BADALAMENTI, JJ., Concur.